| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Maloney, Paul L. | 2. Court or Organization  District Court, WD MI | 3. Date of Report  05/08/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address  410 W. Michigan Ave Kalamazoo, MI 49007 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Michigan Judicial Pension | $48,624.00 |
| 2. | 2014 | Berrien County, MI Pension | $15,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/14- 6/14 | Teacher, River Valley School District |
| 2. | 7/14-12/14 | State of Michigan Teacher Pension-commenced drawing July 2014 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account # 1 (H) | | | | | | | | | |
| 2. --Amer Cent Growth ADV | A | Dividend | | | Sold | 01/09/14 | J | B | |
| 3. --Blackrock Equity Dividend A | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 4. --American Gr FD of America F | A | Dividend | J | T | Sold (part) | 01/09/14 | J | B | |
| 5. --Jennison Mid-Cap Growth A | A | Dividend | J | T | | | | | |
| 6. --Pimco Total Return A | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 7. --Thornburg Intl Value A | A | Dividend | | | Sold | 01/09/14 | J | B | |
| 8. --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 9. --UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | | | | | |
| 10. --Amer Century Short Duration Inflation Prot Bond A | A | Dividend | J | T | | | | | |
| 11. --Lazard Developing Mrkts Equity pft | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 12. --Invesco Small Cap Value Class A | A | Dividend | J | T | | | | | |
| 13. --Goldman Sachs Strategic Income Class A | A | Dividend | J | T | | | | | |
| 14. --Transparent Value Dividend Fund Class A | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 15. --Transamerica Tactical Income Fund Class A | A | Dividend | J | T | | | | | |
| 16. --Sun America Focused Dividend Strategy Fund A | A | Dividend | J | T | | | | | |
| 17. --Alliance Bernstein Small Cap Growth Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --MFS Internatl Value Fund Class A | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 19. --John Hancock Income Fund Class A | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 20. --Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 21. --Franklin Templeton Global Fund Class A | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 22. --Compass Emp Rec EnhancedViolativity Weighted Fund | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 23. --Compass Risk MG DVD GR 1 | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 24. --American Century Internatl Growth Fund, Class A | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 25. --Invesco Developing Markets Fund Class A | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 26. --Copeland Risk Mgmt DVD Growth 1 | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 27. --Blackrock Strategic Income I | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 28. -- JP Morgan Large Cap Growth Fund Class A | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 29. Brokerage Account #2 (H) | | | | | | | | | |
| 30. --Apple Computer common stock | A | Dividend | L | T | | | | | |
| 31. --UBS Deposit Acct | A | Dividend | K | T | | | | | |
| 32. --Illinois Tool Works common stock | A | Dividend | J | T | | | | | |
| 33. --McKesson common stock | A | Dividend | K | T | | | | | |
| 34. --Schlumberger common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  --Norfolk Southern RR common stock | A | Dividend | J | T | | | | | |
| 36.  --Starbucks common stock | A | Dividend | J | T | | | | | |
| 37.  --Transparent Value Directiona Fund Class A | A | Dividend | K | T | | | | | |
| 38.  --Boeing common stock | A | Dividend | J | T | Buy | 01/10/14 | J | | |
| 39.  --Henderson Global Investors European Focus | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 40.  --Intel common stock | A | Dividend | J | T | Buy | 05/20/14 | J | | |
| 41.  --NE Utilities common stock | A | Dividend | | T | Buy | 10/02/14 | J | | |
| 42.  --Qualcomm common stock | A | Dividend | J | T | Buy | 10/02/14 | J | | |
| 43. | | | | | | | | | |
| 44.  Brokerage Account #3 (H) | | | | | | | | | |
| 45.  --Pace Govt Sec Fixed Income Investment Fund Class P | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 46.  --Pace Large Company Growth Equity Investment Fund Class | A | Dividend | J | T | | | | | |
| 47.  --Pace Intl Emerg Mkts Equity Class P | A | Dividend | J | T | | | | | |
| 48.  --Lrg Comp Value Equity Fund Class P | A | Dividend | J | T | | | | | |
| 49.  --Pace Intl Equity Fund Class P | A | Dividend | J | T | | | | | |
| 50.  --Pace Sm/Medium Co Growth Equity Class P | A | Dividend | J | T | | | | | |
| 51.  --Pace Strategic Fixed Income Fund Class P | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Pace Money Market Investment Fund Class P | A | Dividend | J | T | | | | | |
| 53. --Pace Global Real Estate Securities Fund Class P | A | Dividend | J | T | | | | | |
| 54. --Pace International Fixed Income Investment Class P | A | Dividend | J | T | Buy | 01/09/14 | J | | |
| 55. State of Michigan 401k (H) | | | | | | | | | |
| 56. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 57. --Dodge and Cox Stock Fund | A | Dividend | M | T | | | | | |
| 58. --Rainer Lg Cap Growth Equity Fund | A | Dividend | | | Sold | 01/10/14 | K | A | |
| 59. --American Funds Euro Pacific | A | Dividend | K | T | | | | | |
| 60. --Pimco Total Return Fund I | A | Dividend | K | T | | | | | |
| 61. --ING Small Cap Growth, now known as Voya Small Cap Growth | A | Dividend | K | T | | | | | |
| 62. --Oakmark Equity and Income | A | Dividend | K | T | | | | | |
| 63. --New Jennison Large Cap Growth | A | Dividend | K | T | Buy | 01/10/14 | K | | |
| 64. 457 Retirement Acct (H) | | | | | | | | | |
| 65. --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 66. --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 67. 403b Account (H) | | | | | | | | | |
| 68. --New Perspective Fund A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 70. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 71. Fifth Third Bank Account | A | Interest | K | T | | | | | |
| 72. DOJ Federal Credit Union | A | Interest | L | T | | | | | |
| 73. 403b(7) Account (H) | | | | | | | | | |
| 74. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 75. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 76. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 77. --Invesco US Growth Fund A | A | Dividend | J | T | | | | | |
| 78. --Pimco Total Return Fund A | A | Dividend | J | T | | | | | |
| 79. Honor Credit Union CD Acct (H) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Maloney, Paul L. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Maloney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544